# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MATTHEW PITZER<br><br>                  Defendant. | 8:19CR140<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26]. Counsel is seeking additional time to consult with the defendant. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [26] is granted as follows:

    1. The jury trial, now set for July 2, 2019, is continued to **August 6, 2019**.

    2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 6, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 28th day of June 2019.

                                        BY THE COURT:

                                        s/Michael D. Nelson<br>
                                        United States Magistrate Judge