**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR140** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MATTHEW PITZER** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue for Plea [39].  Counsel informs the court that due to a respiratory infection, additional time is needed to complete plea documents with the defendant.  For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue for Plea [39] is granted, as follows:

1. The jury trial, now set for October 29, 2019, is continued to **December 3, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 3, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  October 11, 2019.**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**