# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>    vs.<br><br>MATTHEW PITZER,<br><br>                           Defendant. | 8:19CR140<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture (ECF No. 62). The Court reviewed the record in this case and finds as follows:

1. On April 1, 2020, this Court entered a Preliminary Order of Forfeiture (ECF No. 58), under 21 U.S.C. §§ 841 and 853 based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Information (ECF No. 47). Under the Preliminary Order of Forfeiture, defendant's interest in the $5,850.00 U.S. currency was forfeited to the United States.

2. The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 3, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The United States filed a Declaration of Publication on June 3, 2020. ECF No. 61.

3. The United States has advised the Court that no party has filed a Petition. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Motion for Final Order of Forfeiture will be granted.

Accordingly,

IT IS ORDERED:

A. The Motion for Final Order of Forfeiture, ECF No. 62, is granted.

B. All right, title and interest in and to the $5,850.00 U.S. currency held by any person or entity is hereby forever barred and foreclosed.

C. The $5,850.00 U.S. currency is hereby forfeited to the United States of America.

D. The United States is directed to dispose of the currency in accordance with law.

Dated this 23rd day of June, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge