IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MATTHEW PITZER,<br><br>                Defendant. | 8:19CR140<br><br>ORDER ON APPEARANCE FOR<br>PRETRIAL RELEASE VIOLATION |

      The defendant appeared before the Court on January 5, 2021 regarding Petition for Action on Conditions of Pretrial Release [83]. Deborah Cunningham represented the defendant. Patrick McGee represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

      The defendant denied violating release condition (n). The matter will be set for a dispositional hearing by further order of the court.

      The government requested an order of revocation and detention. The defendant ultimately moved for the Disposition and Detention Hearing to be continued which was granted. Disposition and Detention Hearing to be continued by further order of the court.

      **IT IS SO ORDERED**.

Dated this 5th day of January, 2021.

                                                  BY THE COURT:

                                                  s/ Susan M. Bazis
                                                  United States Magistrate Judge