IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.    8:19CR140 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW PITZER, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on August 23, 2024 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from evidentiary hearing held 8/29/2023 and re-sentencing held 6/20/2024

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:    August 26, 2024

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge